UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Case No. _____ NP

Chapter: 13

Hearing Date: 12/18/2018

Judge:  Jerrold N. Poslusny Jr.

**Order Filed on March 15, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey**

**Caption in Compliance with D.N.J. LBR 9004-1.**
Denise Carlon, Esq.
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Number: (609) 250-0700
dcarlon@kmllawgroup.com
Attorneys for the Secured Creditor
Specialized Loan Servicing LLC as servicer for The Bank
of New York Mellon FKA The Bank of New York, as
Trustee for the certificateholders of the CWABS, Inc.,
Asset-Backed Certificates, Series 2007-1

In re:
William E. Joyner
        Debtor
Joyner, Mona
        Co-Debtor

Recommended Local Form: ☐ Followed ☐ Modified

# ORDER VACATING STAY & CO-DEBTOR STAY

The relief set forth on the followi

**DATED: March 15, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the motion of  <u>The Bank of New York Mellon FKA The Bank of New York, as Trustee</u> <u>for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-1</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

■      Real Property More Fully Described as:

**Land and premises commonly known as Lot 101, Block 95.04   104 N. Vermont Ave, Atlantic City NJ 08401-5531**

☐      Personal Property More Fully Describes as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that the co-debtor stay is vacated.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.