| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | Case No.: _____ JNP |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1.**<br>Denise Carlon, Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Number: (609) 250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for the Secured Creditor<br>Specialized Loan Servicing LLC as servicer for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-1 | Chapter: 13<br><br>Hearing Date: 12/18/2018<br><br>Judge: Jerrold N. Poslusny Jr. |

Order Filed on March 15, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

In re:
William E. Joyner
    Debtor
Joyner, Mona
    Co-Debtor

Recommended Local Form:    ☐ Followed    ☐ Modified

## ORDER VACATING STAY & CO-DEBTOR STAY

The relief set forth on the followi

**DATED: March 15, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the motion of  <u>The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-1</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

- ■ Real Property More Fully Described as:

    **Land and premises commonly known as Lot 101, Block 95.04   104 N. Vermont Ave, Atlantic City NJ 08401-5531**

- ☐ Personal Property More Fully Describes as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that the co-debtor stay is vacated.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:  
William E Joyner  
      Debtor

Case No. 18-12068-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Mar 15, 2019  
                 Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2019.  
db        +William E Joyner,   104 N. Vermont Avenue,   Atlantic City, NJ 08401-5531

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2019                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2019 at the address(es) listed below:

        Denise E. Carlon   on behalf of Creditor   The Bank of New York Mellon fka The Bank of New York, as Trustee, et al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Eric Clayman   on behalf of Debtor William E Joyner jenkins.clayman@verizon.net, connor@jenkinsclayman.com  
        Isabel C. Balboa   ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        Jeffrey E. Jenkins   on behalf of Debtor William E Joyner jenkins.clayman@verizon.net, connor@jenkinsclayman.com  
        Kevin Gordon McDonald   on behalf of Creditor   The Bank of New York Mellon fka The Bank of New York, as Trustee, et al... kmcdonald@blankrome.com, bkgroup@kmllawgroup.com  
        Stephanie F. Ritigstein   on behalf of Debtor William E Joyner jenkins.clayman@verizon.net, connor@jenkinsclayman.com  
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                 TOTAL: 8