Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                         Case No.:  18−12068−JNP
                         Chapter:  13
                         Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   William E Joyner
   104 N. Vermont Avenue
   Atlantic City, NJ 08401

Social Security No.:
   xxx−xx−7524

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/4/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: April 4, 2019
JAN: dac

                                                                      Jeanne Naughton
                                                                     Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 18-12068-JNP
William E Joyner                                                                    Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin                Page 1 of 2              Date Rcvd: Apr 04, 2019
                     Form ID: 148              Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2019.
```
db           +William E Joyner,    104 N. Vermont Avenue,    Atlantic City, NJ 08401-5531
517312082    +NCB Management Services INC,    PO Box 1099,    Langhorne, PA 19047-6099
517382369    +NCB Management Services, Inc,    One Allied Drive,    Trevose, PA 19053-6945
517312084    +Santander,    PO BOX 5477,    Trenton, NJ 08638-0477
517312085    +The Bank of New Jersey,    c/o Pluese, Becker & Saltzman, LLC,    20000 Horizon Way,    Suite 900,
              Mount Laurel, NJ 08054-4318
517343168    +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
              8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Apr 05 2019 00:16:25      U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 05 2019 00:16:21       United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
517312078    +EDI: CAPITALONE.COM Apr 05 2019 03:38:00      Capital One,    PO Box 70886,
              Charlotte, NC 28272-0886
517312079    +EDI: TSYS2.COM Apr 05 2019 03:38:00      DSNB Macy's,    Macy's Department Stores,    PO Box 8218,
              Mason, OH 45040-8218
517312080    +EDI: AMINFOFP.COM Apr 05 2019 03:38:00      First Premier,    601 S Minnesota Ave,
              Sioux Falls, SD 57104-4824
517312081    +EDI: IIC9.COM Apr 05 2019 03:38:00      I C System Inc.,    PO Box 64378,
              Saint Paul, MN 55164-0378
517403093    +EDI: MID8.COM Apr 05 2019 03:38:00      Midland Funding LLC,    PO Box 2011,
              Warren, MI 48090-2011
517312083     EDI: PRA.COM Apr 05 2019 03:38:00      Portfolio Recovery,    120 Corporate Blvd,
              Norfolk, VA 23502
517449888     EDI: PRA.COM Apr 05 2019 03:38:00      Portfolio Recovery Associates, LLC,    POB 41067,
              Norfolk VA 23541
517328932     EDI: PRA.COM Apr 05 2019 03:38:00      Portfolio Recovery Associates, LLC,    c/o The Home Depot,
              POB 41067,    Norfolk VA 23541
517406342    +EDI: JEFFERSONCAP.COM Apr 05 2019 03:38:00      Premier Bankcard, Llc,
              Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
517346993    +EDI: DRIV.COM Apr 05 2019 03:38:00      Santander Consumer USA, Inc.,    P.O. Box 560284,
              Dallas, TX 75356-0284
517324310    +EDI: AIS.COM Apr 05 2019 03:38:00      T Mobile/T-Mobile USA Inc,
              by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517427278     EDI: AIS.COM Apr 05 2019 03:38:00      Verizon,    by American InfoSource LP as agent,
              PO Box 248838,    Oklahoma City, OK  73124-8838
                                                                                              TOTAL: 14

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517416580*    +Midland Funding LLC,    PO Box 2011,    Warren, MI 48090-2011
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2019                                              Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2019 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York,
               as Trustee, et al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Eric  Clayman    on behalf of Debtor William E Joyner jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com
```

```
District/off: 0312-1           User: admin                Page 2 of 2                  Date Rcvd: Apr 04, 2019
                               Form ID: 148               Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
         Jeffrey E. Jenkins    on behalf of Debtor William E Joyner jenkins.clayman@verizon.net, connor@jenkinsclayman.com
         Kevin Gordon McDonald    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York, as Trustee, et al... kmcdonald@blankrome.com,    bkgroup@kmllawgroup.com
         Stephanie F. Ritigstein    on behalf of Debtor William E Joyner jenkins.clayman@verizon.net, connor@jenkinsclayman.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                               TOTAL: 8